UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:05-CV-1250-RLY-WTL |
| | ) |
| JOYCE M. BELLMAN | ) |
| a/k/a JOYCE BELLMAN | ) |
| | ) |
| DISCOVER BANK | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This matter comes before the Court on Plaintiff's motion for summary judgment, and the Court, having examined Plaintiff's motion and supporting affidavit and being duly advised, now makes the following findings of fact and conclusions of law.

### **FINDINGS OF FACT**

1. This action was brought by the Plaintiff against the Defendants by way of a complaint filed in the United States District Court for the Southern District of Indiana in the above-captioned cause of action.

2. The Defendant, Joyce M. Bellman, (hereinafter "Borrower"), executed and delivered to the Plaintiff promissory notes, copies of which is an exhibit to Plaintiff's complaint.

3. To secure said notes, the Borrower executed and delivered to Plaintiff a mortgage upon certain real estate within the jurisdiction of this Court. The mortgage was duly recorded and a copy of said mortgage is also an exhibit to Plaintiff's complaint.

4. As of January 19, 2006, said Borrower owes the Plaintiff on said promissory notes an unpaid principal balance of $30,571.78, unpaid interest in the amount of $3,506.42, fees in the amount of $1,976.13, late fees in the amount of $13.32, and interest subsidy in the amount of 10,610.00; with interest accruing at the daily rate of $6.6243; for a total of $46,677.65.

## CONCLUSIONS OF LAW

1. This Court has jurisdiction in this cause pursuant to 28 U.S.C. § 1345.

2. The Borrower is indebted to the Plaintiff upon the aforesaid promissory notes, security for said promissory notes being a real estate mortgage upon certain real estate as described in Plaintiff's complaint.

3. The Borrower has defaulted upon the original agreement entered into with Plaintiff.

4. Plaintiff is entitled to a judgment and to foreclose upon the promissory notes and mortgage given by the Borrower upon which the Borrower has defaulted.

5. If necessary to support a judgment entered herein, any finding of fact shall be considered a conclusion of law, and any conclusion of law shall be considered a finding of fact.

By reason of the foregoing, Plaintiff's motion for summary judgment is hereby granted.

It is so ORDERED.

Dated: May 15, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Debra G. Richards, AUSA
Office of the U.S. Attorney
Southern District of Indiana
10 West Market, Suite 2100
Indianapolis, IN 46204

Joyce M. Bellman
209 Parke Avenue
Crawfordsville, IN 47933